WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Pauline Mae Walema,<br>　　　　　　Defendant. | No. CR12-08261-001PCT-DGC<br><br>**ORDER** |

　　　　The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted on the record. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the Petition (Doc. 68). The Court further finds, pursuant to Fed. R. Crim. P. 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger to another person or to the community.

　　　　IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the Petition to Revoke Supervised Release (Doc. 68).

　　　　IT IS FURTHER ORDERED that pending further revocation proceedings, the defendant is detained as both a flight risk and danger to another person or to the community.

　　　　Dated this 16th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge